| Case | No. | Disposition | Date | Publication |
|---|---|---|---|---|
| Moeder v. Kansas Dept. of Revenue | 111,370 | Denied | 08/20/2015 | Unpublished |
| Mondragon v. State | 111,221 | Denied | 09/23/2015 | Unpublished |
| Moore v. State | 110,390 | Denied | 08/20/2015 | Unpublished |
| Morgan v. State | 109,099 | Denied | 07/24/2015 | Unpublished |
| Muller v. Kansas Dept. of Revenue | 110,757 | Denied | 06/29/2015 | Unpublished |
| Murray v. State | 109,854 | Denied | 07/21/2015 | Unpublished |
| Neal v. State | 108,590 | Denied | 07/21/2015 | Unpublished |
| Noll v. Bailes | 110,767 | Denied | 10/07/2015 | Unpublished |
| Okesanya v. State | 111,862 | Denied | 09/14/2015 | Unpublished |
| Ortega-Cadelan v. State | 110,590 | Denied | 07/22/2015 | Unpublished |
| Overton v. State | 111,181 | Denied | 10/07/2015 | Unpublished |
| Parlett v. Bradford | 111,564 | Denied | 09/14/2015 | Unpublished |
| Patton v. State | 110,563 | Denied | 09/23/2015 | Unpublished |
| Platt v. Kansas State University | 110,179 | Granted | 10/07/2015 | Unpublished |
| Priest v. Pryor | 111,736 | Denied | 07/27/2015 | Unpublished |
| Progressive Products, Inc. v. Swartz | 109,978 | Denied | 08/20/2015 | Unpublished |
| Quillen v. Sullivan | 112,336 | Denied | 07/27/2015 | Unpublished |
| Quillen v. Sullivan | 112,257 | Denied | 07/27/2015 | Unpublished |
| Quillen v. Sullivan | 109,790 | Denied | 07/24/2015 | Unpublished |
| Reed v. State | 109,831 | Denied | 07/21/2015 | Unpublished |
| Requena v. Cline | 111,040 | Denied | 07/27/2015 | Unpublished |
| Requena v. Pryor | 110,787 | Denied | 07/27/2015 | Unpublished |
| Rogers v. Kansas Dept. of Corrections | 111,360 | Denied | 07/22/2015 | Unpublished |
| Russell v. State | 110,591 | Denied | 08/04/2015 | Unpublished |
| Salas v. Beef Products, Inc. | 110,320 | Denied | 09/14/2015 | Unpublished |
| Salsberry v. Mercy Health System of Kansas | 110,397 | Denied | 07/24/2015 | Unpublished |
| Sanchez v. U.S.D. No. 469 | 110,584 | Denied | 07/22/2015 | 50 Kan. App. 2d 1185 |
| Sanders v. State | 109,677 | Denied | 07/21/2015 | Unpublished |
| Schilling v. Kansas Dept. of Revenue | 109,743 | Denied | 06/29/2015 | Unpublished |
| Schoenholz v. Hinzman | 110,388 | Denied | 07/21/2015 | Unpublished |
| Schwerdt v. Kansas Dept. of Revenue | 110,086 | Denied | 07/27/2015 | Unpublished |
| Sheldon v. Khanal | 110,222 | Denied | 06/29/2015 | Unpublished |
| Siebels v. Kansas Dept. of Revenue | 111,583 | Denied | 08/20/2015 | Unpublished |
| Smith v. Philip Morris Companies | 108,491 | Denied | 06/29/2015 | 50 Kan. App. 2d 535 |
| Soto v. State | 110,371 | Denied | 07/24/2015 | Unpublished |
| Sperry v. McKune | 112,455 | Denied; cross-petition granted | 10/15/2015 | Unpublished |
| St. Charles v. City of Topeka | 110,676 | Denied | 06/29/2015 | Unpublished |
| State v. Abrams | 111,396 | Denied | 09/14/2015 | Unpublished |
| State v. Adams | 110,218 | Denied | 07/27/2015 | Unpublished |
| State v. Adams | 109,673 | Denied | 06/29/2015 | Unpublished |
| State v. Aguero-Aguilar | 109,907 | Denied | 07/21/2015 | Unpublished |
| State v. Allen | 110,713 | Denied | 07/21/2015 | Unpublished |